IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TONYA FULBRIGHT**                                                                  **PLAINTIFF**

**v.**                          **NO. 3:22-cv-00115-PSH**

**KILOLO KIJAKAZI, Acting Commissioner of**                        **DEFENDANT**
**the Social Security Administration**

## ORDER

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to remand for further administrative proceedings pursuant to "sentence four" of 42 U.S.C. 405(g). See Docket Entry 12. For good cause shown, the motion is granted. This case is reversed and remanded in accordance with the terms outlined by the Commissioner and is remanded pursuant to "sentence four" of 42 U.S.C. 405(g). See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case is without prejudice to plaintiff Tonya Fulbright's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 14th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE