## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

TONYA FULBRIGHT                                                    PLAINTIFF

v.                          NO. 3:22-cv-00115-PSH

KILOLO KIJAKAZI, Acting Commissioner of                    DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for

plaintiff Tonya Fulbright.

IT IS SO ORDERED this 14th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE