**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TONYA FULBRIGHT,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil No. 3:22-cv-00115-PSH** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

<u>**ORDER**</u>

Pursuant to the parties' stipulation, and all the files, records, and proceedings in this matter, it is hereby **ORDERED** that Plaintiff be awarded attorney and paralegal fees in the amount of **$3,523.35** and expenses in the amount of **$21.99** under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.  The award shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter pursuant to the EAJA.

This, the 3rd day of February, 2023.

_____
**PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE**